## UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| **IN THE MATTER OF:**<br><br>THE HORNED DORSET PRIMAVERA INC<br><br>Debtor(s)<br><br><br>THE HORNED DORSET PRIMAVERA INC<br>Plaintiff(s)<br><br>v.<br><br>Inmobiliaria T & C INC.<br>Defendant | **Case No.** 15−03837<br><br>**Chapter** 11<br><br><br>**ADVERSARY NUMBER** 16−00156<br><br><br>FILED & ENTERED ON 7/28/16 |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

ISABEL M FULLANA
GARCIA ARREGUI & FULLANA PSC
252 PONCE DE LEON AVENUE SUITE 1101
SAN JUAN, PR 00918

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THIS COMPLAINT.

07/28/2016 14:15:01

MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of the Court

By: JOSE ROMO (Deputy Clk)

# CERTIFICATION OF SERVICE

I, __Alicia Colón__ (name), certify that service of this summons and a copy of the complaint was made __August 1st, 2016__ (date) by:

[X] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Inmobiliaria T & C, Inc. through José A. Bechara to
PMB 91, Box 5103, Cabo Rojo, PR 00623

[ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows:[Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __August 1st, 2016.__       Signature _Alicia Colón_

Print Name:           Alicia Colón

Business Address:     252 Ave. Ponce de Leon
                      Citibank Towers Suite 1101
                      San Juan, PR 00918

**GARCIA-ARREGUI & FULLANA, PSC**
*Law Offices*
Citibank Towers - Suite 1101
252 Ponce de León Ave., San Juan PR 00918

TO: INMOBILIARIA T&C INC
THROUGH
JOSE A BECHARA
PMB 91
BOX 5103
CABO ROJO PR 00623

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage

Postmark Here
SAN JUAN PR USPS AUG 01 2016

Sent To: INMOBILIARIA T&C INC
Street, Apt. or PO Box: THROUGH JOSE A BECHARA PMB 91 BOX 5103
City, State: CABO ROJO PR 00623

PS Form 3800, August 2006

7013 2250 0001 9684 9568

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
INMOBILIARIA T&C INC
THROUGH
JOSE A BECHARA
PMB 91 BOX 5103
CABO ROJO PR 00623

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7013 2250 0001 9684 9568

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540