[official seal]
**COMMONWEALTH OF PUERTO RICO**
**DEPARTMENT OF JUSTICE**
**DIGITAL PROPERTY REGISTRY OF THE COMMONWEALTH OF PUERTO RICO**

**Aguadilla: Section I**
**Gildren S. Caro Pérez**
**Property Registrar**
gcaro@justicia.pr.gov

---

**REAL PROPERTY CERTIFICATION**
**CERTIFICATION CONTROL NUMBER: 2016-019195-CERT**

This certification is issued at the request of PATRICIA G. CARA RYBECKY, pursuant to the information contained in the Digital Real Property Registry of Puerto Rico, and I, Gildren S. Caro Pérez, Registrar, DO HEREBY CERTIFY the information provided herein regarding the property:

**Property number: 3834**
**Municipality: Rincón**

### Property Description

Horizontal Property: BARRERO WARD of Rincón. Surface Area: 13,851.81 Square Meters. Bounded, to the North, along five different stretches totaling 160.776 meters, by state road #429 and by the Estate of José Rivera; to the South, along four different stretches totaling 140.323 meters, by the sea coast; to the East, along five different stretches totaling 108.839 meters, by land owned by Santos Ruiz and by the Estate of José Rivera; to the West, along two different stretches totaling 130.391 meters, by land owned by Cayetano Irizarry. On this property, there are six buildings destined for use as hotel facilities. Described in accordance with 1st registration.

### Owners

Registered in favor of the entity *Inmobiliaria T & C Corp.* as shown by the 15th registration.

### Charges and Liens

**Easement:** Subject to easement in favor of the Puerto Rico Telephone Company.

**Easement:** Subject to easement in favor of Utilities Corporation.

**Usufruct:** Subject to usufruct in favor of THE HORNED DORSET PRIMAVERA, INC., as shown in 16th registration, which was subordinated to the mortgages of the 17th and 18th registrations.

**Mortgage:** Encumbered by a mortgage in favor of Westernbank Puerto Rico in the amount of $10,610,527.00 as shown in the 17th registration. This Mortgage is SENIOR to the usufruct constituted in the 16th registration, as shown in 21st registration.

**Mortgage:** Encumbered by a mortgage in favor of Westernbank Puerto Rico in the Amount of $2,450,000.00 as shown in the 18th registration. This Mortgage is SENIOR to the usufruct constituted in the 16th registration, as shown in the 21st registration on Skipped Logbook.

**Easement:** Subject to an easement in favor of Property No. 6250 as shown in the Abbreviated Entry under Act 216 of 2010, pursuant to the 19th registration, which by its order of presentation encumbers this property from the thirteenth (13th) registration on, as shown in the 20th registration on Skipped Logbook.

### Documents Pending Dispatch

| Entry | Transactions | Document |
|---|---|---|
| 1028-833-AG01 | Subdivision | Public Deed number 9 executed in San Juan on February 29, 2008, before Notary Public RAFAEL A. SOTO VEGA where Inmobiliaria T & C Inc. subdivides for itself and in its favor the residence identified as ESCONDIDA 26 of the project named The Residences at the Horned Dorset with a surface area of 182.88 square meters, valued at $125,000.00. |
| 1029-833-AG01 | Release of Mortgage by Registration (with amount) | Public Deed number 10 executed in San Juan on March 3, 2008, before Notary Public RAFAEL A. SOTO VEGA where the residence identified as ESCONDIDA 26 of the project named The Residences at the Horned Dorset Primavera with a surface area of 182.88 square meters is released in favor of Westernbank Puerto Rico for the sum of $1.00. |

| | | |
|---|---|---|
| 1030-833-AG01 | Mortgage | Mortgage in favor of Popular Mortgage, Inc. in the amount of $1,1900,00.00 [sic] with interest at 7.00% per annum and due on March 1, 2015, on the residence identified as ESCONDIDA 26 of the project named The Residences at the Horned Dorset with a surface area of 182.88 square meters by virtue of Public Deed number 72 executed in Mayaguez on February 29, 2008, before Notary Public JAIME F. SEPULVEDA RIVERA. |
| 1113-849-AG01 | Liquidation of Marital Property | Judgment entered in civil case number KEQ2011-0017 on Exequatur in the Court of First Instance, San Juan Part, in favor of Robert Nuzzi, of February 2, 2012, without expressing any value whatsoever. |
| 1239-840-AG01 | Deed of Ratification and/or Consent | Public Deed number 16 executed in San Juan on January 28, 2010, before Notary Public RAFAEL A. SOTO VEGA where the correct name of the owner regarding Deed No. 36, executed on July 19, 2005, before notary public Rafael Soto Vega, is clarified to be Inmobiliaria T & C, Inc., in lieu of Inmobiliaria T & C Corp. |
| 1281-826-AG01 | Subdivision | Public Deed number 5, executed in San Juan on March 13, 2007, before Notary Public RAFAEL A. SOTO VEGA where a strip of land for public use, with a surface area of 403.4776 square meters is subdivided in favor of Inmobiliaria T & C, Inc. with a value of $1,000.00. |
| 1316-834-AG01 | Purchase and Sale | Public Deed number 53, executed in San Juan on October 1, 2008, before Notary Public RAFAEL A. SOTO VEGA which subdivides, releases for the sum of $1.00 and sells in favor of Gaspar Rubén García Guerra and José Rafael Martín Ortiz, both single, the residence identified as TAMARINDO 1 of the project named The Residences at the Horned Dorset with a surface area of 116.34 square meters for the amount of $600,000.00. |
| 1317-834-AG01 | Mortgage | Mortgage in favor of Banco Bilbao Vizcaya Argentaria Puerto Rico in the amount of $540,000.00, with interest at 6 3/4% per annum and due on November 1, 2038, on the residence identified as TAMARINDO 1 of the project named The Residences at the Horned Dorset with a surface area of 116.34 square meters by virtue of Public Deed number 54 executed in San Juan on October 1, 2008, before Notary Public RAFAEL A. SOTO VEGA. |
| 1475-827-AG01 | Subdivision | Public Deed number 26 executed in San Juan on December 6, 2006, before Notary Public RAFAEL A. SOTO VEGA where Inmobiliaria T & C Inc. subdivides for itself and in its favor lot number 1 with a surface area of 3,622.7276 and public use of 682.8498 square meters valued at $1,000.00 each. |
| 1476-827-AG01 | Subdivision | Public Deed number 4 executed in San Juan on March 13, 2007, before Notary Public RAFAEL A. SOTO VEGA where Inmobiliaria T & C Inc. subdivides for itself the lot identified as PLAYA NUMBER 10 & 9 with a surface area of 182.77 square meters valued at $1,000.00. |
| 1670-860-AG01 | Purchase and Sale | Public Deed number 8 executed in San Juan on June 6, 2013, before Notary Public JUAN J. FORASTIERI MALDONADO where a 50% stake in the residence identified as TAMARINDO of the project named The Residences at the Horned Dorset with a surface area of 116.34 square meters is sold to Gaspar Rubén García Guerra for the sum of $94,000.00. |
| 2016-094016-AG01 | Marginal Note of Subdivision | Public Deed number 14 executed in San Juan on September 20, 2016, before Notary Public CARLOS E. ROSADO MUÑOZ where the residence identified as Colina #19 of the project named The Residences at the Horned Dorset with a surface area of 234.5195 square meters is subdivided and sold to RESIDENCES HDP, LLC., for the sum of $200,000.00. |

| | | |
|---|---|---|
| 2016-094059-AG01 | Marginal Note of Subdivision | Public Deed number 15 executed in San Juan on September 20, 2016, before Notary Public CARLOS E. ROSADO MUÑOZ where the residence identified as Colina #20 of the project named The Residences at the Horned Dorset with a surface area of 221.1769 square meters is subdivided and sold to RESIDENCES HDP, LLC., for the sum of $85,000.00. |
| 2016-094080-AG01 | Marginal Note of Subdivision | Public Deed number 16 executed in San Juan on September 20, 2016, before Notary Public CARLOS E. ROSADO MUÑOZ where the residence identified as Colina #23 of the project named The Residences at the Horned Dorset with a surface area of 158.6974 square meters is subdivided and sold to RESIDENCES HDP, LLC., for the sum of $85,000.00. |
| 2016-094100-AG01 | Marginal Note of Subdivision | Public Deed number 17 executed in San Juan on September 20, 2016, before Notary Public CARLOS E. ROSADO MUÑOZ where the residence identified as Colina #24 of the project named The Residences at the Horned Dorset with a surface area of 154.5837 square meters is subdivided and sold to RESIDENCES HDP, LLC., for the sum of $85,000.00. |
| 2016-094121-AG01 | Marginal Note of Subdivision | Public Deed number 18 executed in San Juan on September 20, 2016, before Notary Public CARLOS E. ROSADO MUÑOZ where the residence identified as Mesa #16 of the project named The Residences at the Horned Dorset with a surface area of 233.3271 square meters is subdivided and sold to RESIDENCES HDP, LLC., for the sum of $160,000.00. |
| 2016-094136-AG01 | Marginal Note of Subdivision | Public Deed number 19 executed in San Juan on September 20, 2016, before Notary Public CARLOS E. ROSADO MUÑOZ where the residence identified as Tamarindo #3 of the project named The Residences at the Horned Dorset with a surface area of 71.6600 square meters is subdivided and sold to RESIDENCES HDP, LLC., for the sum of $100,000.00. |
| 2016-094155-AG01 | Marginal Note of Subdivision | Public Deed number 20 executed in San Juan on September 20, 2016, before Notary Public CARLOS E. ROSADO MUÑOZ where the residence identified as Playa #7 of the project named The Residences at the Horned Dorset with a surface area of 99.1320 square meters is subdivided and sold to RESIDENCES HDP, LLC., for the sum of $125,000.00. |
| 2016-094167-AG01 | Marginal Note of Subdivision | Public Deed number 21 executed in San Juan on September 20, 2016, before Notary Public CARLOS E. ROSADO MUÑOZ where the residence identified as Escondida #27 of the project named The Residences at the Horned Dorset with a surface area of 77.9733 square meters is subdivided and sold to RESIDENCES HDP, LLC., for the sum of $180,000.00. |
| 2016-094187-AG01 | Marginal Note of Subdivision | Public Deed number 22 executed in San Juan on September 20, 2016, before Notary Public CARLOS E. ROSADO MUÑOZ where the residence identified as Escondida #28 of the project named The Residences at the Horned Dorset with a surface area of 76.2414 square meters is subdivided and sold to RESIDENCES HDP, LLC., for the sum of $180,000.00. |
| 313-846-AG01 | Mortgage | Bearer Mortgage Note in the amount of $1,000,000.00 with interest at 12% per annum and payable on demand on the lot measuring 9,546.2326 square meters and the lot measuring 3,622.7276 square meters by virtue of Public Deed number 1 executed in San Juan on April 7, 2011, before Notary Public PATRICIA G. CARA RYBECKY. |
| 314-846-AGO1 | Mortgage | Bearer Mortgage Note in the amount of $ 600,000.00 with interest at 12% per annum and payable on demand on lot measuring 9,546.2326 square meters and lot measuring 3,622.7276 square meters by virtue of Public Deed number 2 executed in San Juan on April 7, 2011, before Notary Public PATRICIA G. CARA RYBECKY. |

[CERTIFIED TRANSLATION]

| | | |
|---|---|---|
| 316-846-AG01 | Mortgage | Bearer Mortgage Note in the amount of $1,000,000.00 with interest at 12% per annum and payable on demand on lot measuring 9,546.2326 square meters and lot measuring 3,622.7276 square meters by virtue of Public Deed number 3 executed in San Juan on April 7, 2011, before Notary Public PATRICIA G. CARA RYBECKY. |
| 317-846-AG01 | Mortgage | Bearer Mortgage Note in the amount of $300,000.00 with interest at 12% per annum and payable on demand on lot measuring 9,546.2326 square meters and lot measuring 3,622.7276 square meters by virtue of Public Deed number 4 executed in San Juan on April 7, 2011, before Notary Public PATRICIA G. CARA RYBECKY. |
| 318-846-AG01 | Mortgage | Bearer Mortgage Note in the amount of $800,000.00 with interest at 12% per annum and payable on demand on lot measuring 9,546.2326 square meters and lot measuring 3,622.7276 square meters by virtue of Public Deed number 5 executed in San Juan on April 7, 2011, before Notary Public PATRICIA G. CARA RYBECKY. |
| 438-839-AG01 | Purchase and Sale | Public Deed number 34 executed in San Juan on August 14, 2009, before Notary Public PABLO JIMÉNEZ MELÉNDEZ where the lot identified as PLAYA 10 & 9 with a surface area of 182.77 square meters is individualized, released for the sum of $1.00, and sold to Francisco Javier Domenech Fernández and Verónica Ferraiuoli Hornedo, both single, for the sum of $825,000.00. |
| 439-839-AG01 | Mortgage | Mortgage in favor of Westernbank Puerto Rico in the amount of $783,750.00 with interest at 4.75% per annum and due on September 1, 2044, on Apartment 10 of the Casa de Playa module of the Condominium The Residences at the Horned Dorset Primavera with a surface area of 182.77 square meters by virtue of Public Deed number 335 executed in San Juan on August 14, 2009, before Notary Public JOSÉ A. AMADOR. LÓPEZ. |
| 450-829-AG01 | Purchase and Sale | Public Deed number 209 executed in San Juan on September 4, 2007, before Notary Public HUMBERTO LORENZO DE GAZTAÑONDO where the residence identified as MESA 15 of the project named The Residences at the Horned Dorset Primavera with a surface area of 233.33 square meters is subdivided, released for the sum of $1.00, and sold to Michael Rabinowitz Zeldin for the sum of $1,300,000.00. |
| 451-829-AG01 | Mortgage | Mortgage in favor of RG Premier Bank of Puerto Rico in the amount of $1,215,000.00 with interest at 6 3/4 % per annum and due on September 1, 2037, on the residence identified as MESA 15 of the project named The Residences at the Horned Dorset Primavera with a surface area of 233.33 square meters by virtue of Public Deed number 210 executed in San Juan on September 4, 2007, before Notary Public HUMBERTO LORENZO DE GAZTAÑONDO. |
| 770-843-AG01 | Purchase and Sale | Public Deed number 70 executed in San Juan on September 24, 2010, before Notary Public RAFAEL A. SOTO VEGA where the residence identified as PLAYA 14 of the project named The Residences at the Horned Dorset Primavera with a surface area of 153.99 square meters is subdivided, released for the sum of $1.00, and sold to Rocío del Carmen Mandry Pagán for the sum of $975,000.00. |
| 771-843-AG01 | Mortgage | Mortgage in favor of Popular Mortgage, Inc. in the Amount of $975,000.00 with interest at 2.99% per annum for the first 5 years and at 5.875% for the remaining 25 years and due on October 1, 2040, on the residence identified as PLAYA 14 of the project named The Residences at the Horned Dorset Primavera with a surface area of 153.99 square meters by virtue of Public Deed number 71 executed in San Juan on September 24, 2010, before Notary Public RAFAEL A. SOTO VEGA. |

| | | |
|---|---|---|
| 872-842-AG01 | Entry of Attachment (Legal Attachment, Act 209) | Writ issued under civil case number ABCl2008-00078 regarding Collection of Monies in the Court of First Instance, Aguada Part, on June 30, 2010, the plaintiff being Karl Lang Correa, for the sum of $50,000.00. |
| 957-828-AG01 | Restrictive Conditions | Public Deed number 18 executed in San Juan on June 12, 2007, before Notary Public RAFAEL A. SOTO VEGA to register in favor of Inmobiliaria T & C Corp. document on restrictive conditions. |
| 959-828-AG01 | Horizontal Property Regime | Public Deed number 13 executed in San Juan on May 18, 2007, before Notary Public RAFAEL A. SOTO VEGA where the Horizontal Property Regime is constituted on the lot identified as PLAYA NUMBER TEN AND NINE (10 & 9) composed of a two-story structure containing two apartments with a surface area of 182.77 square meters which is known as THE RESIDENCES AT THE HORNED DORSET PRIMAVERA with a value of $635,000.00. Regulations attached. |
| 960-828-AG01 | Purchase and Sale | Public Deed number 19 executed in San Juan on June 12, 2007, before Notary Public RAFAEL A. SOTO VEGA where Apartment 9 of the Residences at the Horned Dorset Condominium with a surface area of 117.88 square meters is individualized, released for the sum of $1.00, and sold to Integrated Wellness Consultant, Inc. for the sum of $850,000.00. |
| 961-828-AG01 | Mortgage | Mortgage in favor of Westernbank Puerto Rico in the amount of $800,000.00 with interest at 8.50% per annum and payable on demand on Apartment 9 of the condominium The Residences at the Horned Dorset Primavera with a surface area of 117.88 square meters by virtue of Public Deed number 371 executed in San Juan on June 12, 2007, before Notary Public JUAN M. CASANOVA RIVERA. |
| 962-828-AG01 | Purchase and Sale | Public Deed No. 20 executed in Mayaguez on July 17, 2007, before Notary Public RAFAEL A. SOTO VEGA where the two-story, concrete and block residence identified as ESCONDIDA 29 of the project named The Residences at the Horned Dorset with a surface area of 182.08 square meters is subdivided, released for the sum of $1.00, and sold to Grovas Rental Corp. for the sum of $ 1,300,000.00. |
| 963-828-AG01 | Mortgage | Mortgage in favor of Westernbank Puerto Rico in the amount of $1,235,000.00 with interest at 7.30% per annum and payable on demand on the residence identified as ESCONDIDA 29 of the project named The Residences at the Horned Dorset Primavera with a surface area of 182.08 square meters by virtue of Public Deed number 362 executed in Mayagüez on July 17, 2007, before Notary Public Gary E. Biaggi Silva. |
| 964-828-AG01 | Purchase and Sale | Public Deed number 4 executed in Rincón on July 31, 2007, before Notary Public WILLIAM NADAL COLON where the residence identified as TAMARINDO 5 of the project named The Residences at the Horned Dorset Primavera, with a surface area of 117.16 square meters, is subdivided, released for the sum of $1.00, and sold to Robert Peter Nuzzi D'Ambrosio, also known as Peter P. Nuzzi, and his wife Theresa Shields Rab, also known as Theresa Walsh and Theresa Nuzzi, for the sum of $1,140,000.00. |
| 965-828-AG01 | Mortgage | Mortgage in favor of Westernbank Puerto Rico in the amount of $1,083,000.00 with interest at 7.40% per annum and payable on demand on the residence identified as TAMARINDO 5 of the project named The Residences at the Horned Dorset Primavera with a surface area of 117.16 square meters by virtue of Public Deed number 377 executed in Rincón on July 31, 2007, before Notary Public Gary E. Biaggi Silva. |

| 996-862-AG01 | Judicial Sale (Mortgage Foreclosure) | Public Deed number 166 executed in Aguadilla on March 18, 2015, before Notary Public FELIX J. SANTIAGO GARCÍA where the residence identified as ESCONDIDA 26 of the project named The Residences at the Horned Dorset with a surface area of 182.88 square meters is sold to Lime Residential, LTD. for the sum of $595,000.00. |

**Ancillary Books**

There are no entries related to this property in the Registers of Attachments in favor of the Commonwealth of Puerto Rico, Tax Liens in favor of the United States of America and Judgments.

Observations: None.

Issued this 31st of October, 2016, 8:47 AM.
Fees: $15.00, Payment Stamp No. 28901041

**Signed electronically by Atty. Gildren S. Caro Pérez on October 31, 2016, 8:47 AM**

CERTIFICATION OF TRANSLATION

I, Carol G. Terry, a US-Court-Certified-Interpreter, Certificate No. 03-001, and translator with an MA in Translation from the University of Puerto Rico, do hereby certify that, to the best of my knowledge and abilities, the foregoing SIX (6) PAGES are a true and correct translation of the original document in Spanish.

Carol G. Terry